■ MICHAEL MATWIJKO et al., Respondents, v. WALTER ZOLADZ LUMBER et al., Defendants, and MVAIC CORP., Appellant.— Motion granted and order of dismissal vacated, on condition that appeal is argued at May 1962 Term. If respondent desires to file a brief, it must be filed by April 26, 1962.

■ ELEANOR V. CARTER, Respondent, v. ROBERT W. CARTER, Appellant. — Motion to dismiss appeal denied.

■ MINNIE A. MACALUSO, Appellant, v. JOSEPH N. MACALUSO, Respondent.— Motion granted to prosecute appeal on one full typewritten record and typewritten appellant's briefs.

■ DANICA DE BONE, Appellant, v. MILAN DE BONE, Respondent.— Motion granted to extent appeal may be prosecuted upon typewritten papers, otherwise denied.

■ HENRY SLOMA, Doing Business as SLOMA BUILDING Co., Respondent, v. JAMES G. DAVISON et al., Appellants.— Motion granted and appellants' time for filing briefs extended to April 11, 1962.

■ EARL C. SYLVANDER et al., Appellants, v. FARMERS AND TRADERS LIFE INS. CO. et al., Respondents.— Motion to dispense with printing certain papers on appeal granted.

■ In the Matter of JOHN S. ODDO, Petitioner, v. NEW YORK STATE LIQUOR AUTHORITY, Respondent.— Motion to prosecute appeal on typewritten papers denied.

■ GLENN L. SPARLING, Appellant, v. LEONARD J. PODZIELINSKI et al., Respondents.— Motion to dismiss appeal granted.

■ ARTHUR LEWIS, Appellant, v. LUIGI BATTAGLIA et al., Doing Business as BILL's ACE OF HEARTS RESTAURANT, Respondents.— Motion granted and time for filing records and briefs extended to April 11, 1962.

■ In the Matter of MARTIN DOKTOR et al., Respondents, v. CLARENCE FULLER et al., Appellants.— Motion to dismiss appeal denied.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY F. BURGHARDT, Appellant. (B) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL F. CREWELL, Appellant. (C) THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES BRANCH, Appellant, v. THOMAS MARTIN, as Superintendent of Onondaga County Penitentiary, Respondent. THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES BRANCH, Appellant, v. SARTO MAJOR, as Sheriff of the County of Onondaga, Respondent. (Typewritten records and briefs.) (D) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHYREL JOLLS, Appellant.— [In each action] Motion granted to prosecute appeal on original records, typewritten briefs.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS PORTER, Appellant.— Wayne D. Wisbaum, Esq., assigned as counsel.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM LUCHEY, Appellant.— Motion to vacate order dismissing appeal denied.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAVID CYRIL READ, Appellant.— Motion to dismiss appeal denied.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK J. GATTI, Appellant.— Motion granted and time for argument of appeal enlarged to include May 1962 Term.

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. GEORGE SEYMOUR AUSTIN, Respondent.— Motion granted and order dismissing appeal vacated on condition that appeal is ready for argument at May 1962 Term.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LAWRENCE E. WELSH, Appellant.— Motion granted and time for filing respondent's brief extended to March 30, 1962.